UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THERESA R. SEELEY AND SCOTT R. SEELEY,**

       Plaintiffs,

v                                      USDC CASE NO. 06-10505
                                      Hon. Gerald E. Rosen
                                      Referral Judge: Pepe

**INFINITY MORTGAGE CORPORATION,
GOLDEN TITLE INSURANCE AGENCY,
INC.
Wilmington Finance, a Division
of AIG, FSB and MOREQUITY,
INC., JOINTLY AND SEVERALLY.**

       Defendants,
_____

| | |
|---|---|
| **MATTHEW A. GIBB (P52812)**<br>**GIBB LAW FIRM, P.C.**<br>**ATTORNEYS FOR PLAINTIFF**<br>47678 VAN DYKE<br>SHELBY TOWNSHIP, MI 48317<br>(586) 739-9060 | **FRANK A. MISURACA (P55643)**<br>**KAUFMAN, PAYTON & CHAPA**<br>**ATTORNEYS FOR INFINITY MORTGAGE.**<br>200 KAUFMAN FINANCIAL CENTER<br>30833 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS, MI 48334<br>(248) 626-5000/FAX: (248) 626-2843 |
| **MICHELLE THURBER CZAPSKI (P47267)**<br>**DICKINSON WRIGHT, PLLC**<br>**ATTYS FOR WILMINGTON & MOREQUITY**<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT, MI 48226-3500<br>(313) 223-3500 | **AJAY K. GUPTA (P45739)**<br>**HOWARD & GUPATA, PC**<br>**ATTORNEYS FOR GOLDEN TITLE**<br>1020 SPRINGWELLS STREET<br>DETROIT, MI 48209<br>(313) 849–0567 |

_____

## STIPULATED ORDER FOR DISMISSAL

At a session of said Court, held in the City of Detroit,
Eastern District of the State of Michigan,

ON     March 28, 2006

PRESENT: **HONORABLE <u>GERALD E. ROSEN</u>**
United States District Court Judge

Upon reading and filing of the proposed Stipulated Order for Dismissal, and the Court otherwise being fully advised in the premises:

**IT IS HEREBY ORDERED** that the above-entitled cause be and the same is hereby dismissed against Defendants **INFINITY MORTGAGE CORPORATION, GOLDEN TITLE INSURANCE AGENCY, WILMINGTON FINANCE, a division of AIG, FSB, and MOREQUITY, INC.** with prejudice and without costs.

**IT IS FURTHER ORDERED** that this order resolves the last pending claim and closes Eastern District of Michigan, District Court case number **06-10505**.

<u>s/Gerald E. Rosen</u>
Gerald E. Rosen
United States District Judge

Dated: March 28, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 28, 2006, by electronic and/or ordinary mail.

<u>s/LaShawn R. Saulsberry</u>
Case Manager
\

**WE HEREBY STIPULATE AND CONSENT
TO ENTRY OF THE ABOVE ORDER:**


<u>    s/**MATTHEW GIBB (W/CONSENT**)    </u>
**MATTHEW A. GIBB (P52812)
ATTORNEY FOR PLAINTIFF**


<u>    s/**FRANK A. MISURACA**    </u>
**FRANK A. MISURACA (P55643)**
2

ATTORNEY FOR DEFENDANT INFINITY MORTGAGE CORPORATION


   s/MICHELLE THURBER CZAPSKI (W/CONSENT)
MICHELLE THURBER CZAPSKI (P47267)
ATTORNEY FOR DEFENDANTS WILMINGTON AND MOREQUITY


   s/AJAY K. GUPTA (W/CONSENT)
AJAY K. GUPTA (P45739)
ATTORNEY FOR DEFENDANT GOLDEN TITLE

3